**STATE of Missouri, Respondent,**

v.

**Terry KNIGHT, Appellant.**

**No. 49727.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 22, 1985.

Mary E. Dockery, Asst. Public Defender, Clayton, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM:

Direct appeal from a jury conviction for resisting arrest, in violation of § 575.150, RSMo 1978.

Judgment affirmed. Rule 30.25(b).